652

## ALEXANDER v. STATE.

### No. 20463.

Court of Criminal Appeals of Texas.
June 7, 1939.

Robert Sansom, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment being twenty-five years in the penitentiary. The indictment properly charges the offense.

No statement of facts nor bills of exception are found in the record.

The judgment is affirmed.